UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



KELLY DAVIS

VERSUS

BURL CAIN, WARDEN, ET AL

CIVIL ACTION

NO. 07-534-A

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 13, 2008 (doc. 16). Plaintiff has filed an objection to the Report and Recommendation (doc. 18) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, petitioner's application for habeas corpus relief shall be dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, April 3, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA